OPINION — AG — ** SECRETARY OF STATE — SERVICE AGENT FOR FOREIGN CORPORATIONS ** THE SECRETARY OF STATE MAY PROMULGATE SUCH PROCEDURAL RULES AS ARE REASONABLY NECESSARY TO CARRY OUT THE PROVISIONS OF 18 O.S. 1.204 [18-1.204](A) AND 18 O.S. 1.17 [18-1.17], AS AMENDED, WHICH MAKE THE SECRETARY OF STATE SERVICE AGENT FOR FOREIGN CORPORATIONS DOING BUSINESS IN THE STATE OF OKLAHOMA. (SEE: STATE EX REL CARTWRIGHT V. HILLCREST) (BUSINESS CORPORATION ACT, NON RESIDENT OIL AND GAS LEASEHOLDERS, ALIEN) CITE: 18 O.S. 1.206 [18-1.206], 52 O.S. 504 [52-504], 52 O.S. 505 [52-505] [52-505], 12 O.S. 173 [12-173], 18 O.S. 661 [18-661] [18-661], 18 O.S. 663 [18-663] (GUIDELINES IN HANDLING OF PROCESS AGAINST FOREIGN CORPORATIONS) (JAMES R. BARNETT)